UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,        :

V.                               :

WHEELER JOHNSON,                 :     CASE NO. 3:09-CR-247(RNC)

           Defendant.            :

                                 :

                          RULING AND ORDER

     Defendant Wheeler Johnson, who is represented in this case

by Attorney Conrad Seifert, has filed a motion bearing the

caption "Pro Se Motion To Substitute And/Or Withdraw Guilty

Plea." (doc. 480).  For the reasons that follow, the motion is

denied without prejudice.

     The law does not entitle a defendant to represent himself

while also appearing through an attorney.  See McKaskle v.

Wiggins, 465 U.S. 168, 183 (1984)(there is no constitutional

right to such "hybrid" representation).  See also Hall v. Dorsey,

534 F. Supp. 507, 508 (E.D. Pa. 1982)(the right to representation

is "disjunctive; a party may either represent himself or appear

through an attorney.").  When a defendant who is represented by

counsel files a motion pro se, the motion need not be accepted by

the court.  See, e.g., Abdullah v. United States, 240 F.3d 683,

685-86 (8th Cir. 2001);  United States v. Essig, 10 F.3d 968, 973

(3d Cir. 1993); United States v. Mosely, 810 F.2d 93, 97-98 (6th

Cir. 1987).

Defendant Johnson continues to be represented by Attorney Seifert (in the motion itself, he refers to Mr. Seifert as "my attorney").  Because the defendant is represented, his pro se motion could have been returned to him unfiled.  Since it has been filed, it is hereby denied without prejudice.

The Clerk is directed to mail a copy of this ruling and order to the defendant.

So ordered this 6th day of October 2010.


                                  _____/s/_____
                                  Robert N. Chatigny
                                  United States District Judge